MANNING, APPELLANT, *v.* ALEXANDER, SUPT., APPELLEE.

[Cite as Manning *v.* Alexander (1990), 50 Ohio St. 3d 127.]

(No. 89-1774—Submitted February 6, 1990—Decided April 11, 1990.)

*Paul R. Manning, pro se.*

The judgment of the court of appeals is affirmed based on our decision in *In re Petition of Brown* (1990), 49 Ohio St. 3d 222, 551 N.E. 2d 954, in which we held that appeal to this court pursuant to Section 2(B)(2)(a)(iii) of Article IV of the Ohio Constitution is an adequate remedy at law to pursue a claim of ineffective assistance of appellate counsel and that such actions may not be maintained in habeas corpus.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.